Case Name: James A. Bryant, as Next Friend of Bobby James Lee Bryant, a Minor, et al v Giacomini, S.p.A.
Defendant: Giacomini, S.p.A.
Court Case No: 7-04CV-114R

**ORIGINAL**

**CERTIFICATE**
*ATTESTATION*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 1 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____ 9/13/2004

7:04 CV-114

   - at (place, street, number)
   - *à (localité, rue numéro)*     Via Per Alzo 39, San Maaurizo d'Opaglio

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a) selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
      *b) selon la forme particulière suivante:* _____

   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
      *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)*     Maria Amato

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* **authorized legal counsel of the firm Giacomini SPA**

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Original Complaint, Summons in a Civil Case, Translations, Summary of the Documents to be Served

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at    **Giacomini SPA**   , the
*Fait à*    **San Maurizio d'Opaglio**   , *le*    **9/13/2004**

Signature and/or stamp.     [Seal]
*Signature et/ou cachet.*     Court of Novara
                         District Court of Borgomanero
                         Office for Service of Process
                         Rosanna Tofi

\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2                Judicial Clerk

Case Name: James A. Bryant, as Next Friend of Bobby James Lee Bryant, a Minor, et al v. Giacomini, S p.A.
Defendant: Giacomini, S.p.A.
Court Case No.: 7-04CV-114-R

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* _13/9/2004_
- at (place, street, number)
- *à (localité, rue numéro)* _S. MAURIZIO d'OPAGLIO_
_VIA PER ALZO 39_

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
  *b) selon la forme particulière suivante:* _____
  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
  *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _MARIA AMATO_

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _REFERENTE LEGALE DELLA GIACOMINI SPA addetta sede società_

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Original Complaint, Summons in a Civil Case, Translations, Summary of the Documents to be Served

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

Done at _GIACOMINI SPA_, the _13/9/04_
*Fait à* _S. MAURIZIO d'op._, *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp
*Signature et/ou cachet*

13 SET. 2004

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

COURT OF NOVARA – District of Borgomanero – Office for Service of Process

## PROOF OF SERVICE

In compliance with the request I, the undersigned Judicial Clerk assigned by the Court of Novara at the Office for Service of Process at the District Court of Borgomanero, have served a copy of the foregoing document to: GIACOMINI SPA at Via Per Alzo 39, San Maurizio D'Opaglio by hand delivery of a copy to Mrs. Maria Amato in her capacity as legal counsel for the firm on 9/13/2004.

Signature of the person receiving the service: Maria Amato ( Legal Counsel)

9/13/2004

[Seal]
Court Of Novara
District Court of Borgomanero
Office for Service of Process
Rosanna Tofi
Judicial Clerk

TRIBUNALE DI NOVARA – Sezione Distaccata di BORGOMANERO -
Ufficio Esecuzioni e Notifiche

### RELAZIONE DI NOTIFICA

Richiesto come in atto, io sottoscritto Ufficiale Giudiziario addetto alla Sezione Distaccata di Borgomanero, dell' Ufficio Unico Esecuzioni e Notifiche del Tribunale di Novara, ho notificato copia del presente atto a:

GIACOMINI SPA via per Alzo 39-S: Maurizio d'Opaglio
mediante consegna di copia a mani della sig.ra Milazia Amato - referente legale Tg1 addetta alla sede della società
13/9/04

FIRMA DI CHI RICEVE L'ATTO

*[signature]* — Referente legale

13/9/2004

L'ufficiale giudiziario
rosanna tofi